IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  13-mc-00053-NONE-CBS

IN RE: 2010 TOYOTA 4-RUNNER VIN JTEBU5JR8A5027566, et al.

_____

**ORDER DISMISSING CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss Case, and the Court having read said motion and being fully advised in the premises, ORDERS that this case be dismissed.

DATED at Denver, Colorado, on October 8, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge